IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHARLES WHITE, #N-82894,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL NO. 12-cv-900-JPG** |
| ) | |
| **UNKNOWN DEFENDANT PRISON** ) | |
| **STAFF,** ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This matter is before the Court for case management. On September 26, 2012, Plaintiff was ordered to file a First Amended Complaint within 45 days, in order to identify the responsible Defendant(s) in this action by name (Doc. 6). The case cannot proceed further without this information. Plaintiff's November 5, 2012, deadline to file his amended pleading has now passed, and Plaintiff has neither filed an amended complaint nor asked for any extension of time to do so. Plaintiff was warned that this case would be subject to dismissal if he failed to file an amended complaint as ordered.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice for failure to prosecute. *See* FED. R. CIV. P. 41(b). The dismissal of this case shall not count as one of Plaintiffs three allotted "strikes" within the meaning of 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**
**DATED: November 30, 2012**

                      s/ J. Phil Gilbert
                      **United States District Judge**